**CLARKSON LAW FIRM, P.C.**
Ryan Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

**CLARKSON LAW FIRM, P.C.**
Shireen Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Cassandra Rasmussen (*phv forthcoming*)
*crasmussen@clarksonlawfirm.com*
Jay Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON SURBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OURA INC., OURA HEALTH OY d/b/a OURARING INC., and subsidiaries,<br><br>Defendants. | Case No. 3:26-cv-08686-JD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION [Civ. L. R. 6-2]** |

Pursuant to Local Rule 6-2, Defendants OURA INC. and OURARING INC. ("Defendants") and Plaintiff Madison Surber hereby submit this stipulation, subject to approval by the Court, seeking to modify the briefing schedule on Defendants' motion:

WHEREAS, on August 20, 2026, Plaintiff filed her Complaint. ECF No. 1.

WHEREAS, on September 10, 2026, Defendants Oura, Inc. and Ouraring, Inc. moved to Compel this matter to Arbitration ("Motion"). ECF No. 13. The current deadline for Plaintiffs to respond to Defendants' Motion is September 24, 2026, and Defendants' reply brief is due on October 1, 2026.

WHEREAS, a hearing on the Motion is currently noticed for October 29, 2026.

WHEREAS, the parties agree to a revised briefing schedule with respect to Defendants Oura, Inc. and Ouraring, Inc.'s Motion, extending the opposition and reply briefing to permit Plaintiff to fully address the factual and legal issues presented by the Motion, and to ensure that the Court has a complete record on which to determine the enforceability and the scope of the asserted arbitration agreement. Good cause also exists because it will allow Plaintiff's Counsel to meet several prior obligations in parallel cases. Revising the deadline will not prejudice Defendants and will not affect the presently scheduled hearing date.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, subject to approval by the Court, that:

1. Plaintiff's response to Defendants Oura, Inc. and Ouraring, Inc.'s Motion shall be due on or before October 8, 2026.
2. Defendants' reply brief shall be due on or before October 15, 2026.

Dated: September 16, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*

Ryan Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

Shireen Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Cassandra Rasmussen (*phv forthcoming*)
*crasmussen@clarksonlawfirm.com*
Jay Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Attorneys for Plaintiff*

Dated: September 16, 2026

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ Michele Floyd*___________

Michele Floyd
*MFloyd@ktslaw.com*
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

X. Diego Wu Min
*DWu@ktslaw.com*
12255 El Camino Real, Suite 250
San Diego, California 92130
Telephone: 858 350 6156
Facsimile: 858 350 6111

*Attorneys for Defendant*
*ŌURA RING, INC. and OURA, INC.*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of this document.

Dated: September 16, 2026

By: */s/ Yana Hart*
Yana Hart

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 21, 2026

THE HONORABLE JAMES DONATO